STATE OF NEW JERSEY v. WILLIAM SOLOMAN, JR.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD RUDOLPH.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MILLS.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID McMAHON.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN LODATO.

November 12, 1975. Petition for certification denied.

BERTA LEITENBERGER v.
OLT BROTHERS, INCORPORATED.

November 12, 1975. Petition for certification granted. (See 136 *N. J. Super.* 261).